UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 18-9299 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| John Booker | : | ORDER OF RELEASE |
| | : | |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

( ✓ ) Reporting, as directed, to U.S. Pretrial Services;

( ✓ ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

( ✓ ) The defendant shall appear at all future court proceedings;

( ) Other: _____

X John Booker                                    12/27/08
DEFENDANT                                       DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Honorable Anthony R. Mautone
U.S. Magistrate Judge

12/27/08
DATE